UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. HARPER,<br><br>Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 18-cv-01630-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGE'S DISMISSAL**<br><br>Docket No. 16 |

Based on the recommendation of the magistrate judge, the Court dismissed Plaintiff's complaint and entered judgment for Defendants on June 19, 2018. *See* Docket Nos. 14 and 15. Subsequently, Plaintiff filed a motion requesting the judgment be vacated, allegedly because he did not receive a copy of the magistrate judge's recommendation even though it was mailed to his address and he admits receiving all other materials mailed by the Court to the same address. *See* Docket No. 16. Plaintiff also requested additional time to file objections. Plaintiff then filed a notice of appeal from the Court's judgment. *See* Docket No. 18.

"In general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." *Marrese v. Am. Academy of Orthopaedic Surgeons*, 470 U.S. 373, 379 (1985). Under the rules of appellate procedure, however, a notice of appeal that is filed before a motion to alter or amend a judgment under Rule 59(b) or Rule 60 "becomes effective . . . when the order disposing of the last such remaining motion is entered." Fed. R. App. P. 4(a)(4)(B)(i). The Court construes Plaintiff's request as a timely motion under Rule 59(e) to alter or amend the judgment; thus, the notice of appeal has not yet taken effect and the Court retains jurisdiction.

Relief under Rule 59(e) is appropriate if "(1) the district court is presented with newly

discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law." *Zimmerman v. City of Oakland*, 255 F.3d 734 (9th Cir. 2001). That criteria is not satisfied here. It was not clear error or manifestly unjust to adopt the magistrate judge's recommendation after the time period for objections had lapsed when the court files contained prima facie evidence that Plaintiff was served with the magistrate judge's recommendations. *See* Docket No. 10-4 (proof of service). Further, Plaintiff has not advanced any argument why dismissal was erroneous on the merits. Accordingly, his motion is **DENIED**.

This order disposes of Docket No. 16.

**IT IS SO ORDERED**.

Dated: July 20, 2018

_____
EDWARD M. CHEN
United States District Judge